**Dismissed and Memorandum Opinion filed August 14, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00547-CR
## NO. 14-14-00548-CR

---

**RONALD LEGG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1416645 & 1416646**

---

# M E M O R A N D U M   O P I N I O N

Appellant entered guilty pleas to possession of between four and four hundred grams of methamphetamine and evading arrest or detention with a motor vehicle. In accordance with the terms of plea bargain agreements with the State, the trial court sentenced appellant in each case on June 4, 2014, to confinement for two years in the Institutional Division of the Texas Department of Criminal Justice, with the sentences to be served concurrently. Appellant filed a timely pro se notice of appeal of both convictions. We dismiss the appeals.

The trial court entered a certification of the defendant's right to appeal in each case in which the court certified that each is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certifications are included in the records on appeal. *See* Tex. R. App. P. 25.2(d). The records support the trial court's certifications. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).